**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gregory S. Bulsak aka Greg Bulsak<br>&<br>Regina S. Bulsak aka Gina Bulsak<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 12-24255 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., and index same on the master mailing list.

 

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    PA I.D. No. 42524
    jwarmbrodt@kmllawgroup.com
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: 215-627-1322
    Fax: 215-627-7734
    Attorney for Movant/Applicant