**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Gregory S. Bulsak and<br>Regina S. Bulsak,<br>　　　Debtors. | Bankruptcy No.: 12-24255-GLT<br><br>Chapter 13 |
| Gregory S. Bulsak and<br>Regina S. Bulsak,<br>　　　Movants,<br><br>vs. | Document No.:<br><br>Response Deadline: April 2, 2017<br>Hearing Date & Time: April 19, 2017<br>at 10:00 AM |

CitiMortgage, Inc.
AAS Debt Recovery
AFNI, Inc.
American InfoSource, LP
Asset Acceptance, LLC
BAC Home Loans Servicing, LP
Bank of America, NA
Cavalry Portfolio Services
Chrysler Capital
CitiMortgage
Columbia House DVD Club
Credit Management Company
CrediTech
Discover Bank
Discover
Enhanced Recovery Company, LLC
Exeter Finance Corporation
InSolve Recovery, LLC
Jefferson Capital Systems LLC
LVNV Funding
Midland Funding LLC
Northern Resolution Group
Palisades Acquisition IX, LLC
Palisades Collections, LLC
Pennsylvania American Water
Peoples Natural Gas Co. LLC
Plains Commerce Bank
PNC Bank
US Department of HUD
Verizon
West Penn Power
Ronda J. Winnecour, Esq., Trustee,
　　　Respondents.

## CERTIFICATE OF NO OBJECTION TO THE
## MOTION TO OBTAIN VEHICLE FINANCING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Obtain Vehicle Financing has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Obtain Vehicle Financing appears thereon. Pursuant to the Notice of Hearing, responses to the Motion to Obtain Vehicle Financing were to be filed and served no later than April 2, 2017.

It is hereby respectfully requested that the Order to the Motion to Obtain Vehicle Financing be entered by the Court.

Date:   April 3, 2017

/s/ Matthew M. Herron
Matthew M. Herron, Esquire
PA ID No.: 88927
THE DEBT DOCTORS
at QuatriniRafferty
941 Penn Avenue, Suite 101
Pittsburgh, PA 15222
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTORS