IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Gregory S. Bulsak | Case No.12-24255GLT |
| Regina S. Bulsak | Chapter 13 |
|     Debtor(s) | |
| Gregory S. Bulsak | |
| Regina S. Bulsak | Re Doc.122 |
|     Movant(s) | |
| vs. | |
| CitiMortgage Inc, AAS Debt Recovery, AFNI Inc, American InfoSource LP., Asset Acceptance LLC, BAC Home Loans Servicing LP, Bank of America NA, Cavalry Portfolio Services Chrysler Capital, CitiMortgage Columbia House DVD Club, Credit Management Company, Creditech, Discover Bank Discover, Enhanced Recovery Company, LLC, Exeter Finance Corporation, Insolve Recovery LLC, Jefferson Capital Systems LLC, LVNV Funding, Midland Funding LLC, Northern Resolution Group, Palisades Acquisition IX, LLC, Palisades Collections LLC, Pennsylvania American Water, Peoples Natural Gas Co, LLC, Plains Commerce Bank, PNC Bank, US Department of HUD, Verizon, West Penn Power, And Ronda J. Winnecour, Trustee | Hearing Date 4/19/2017 |
|     Respondent(s) | |

<u>TRUSTEE'S RESPONSE TO MOTION TO OBTAIN VEHICLE FINANCING</u>

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The Debtors request approval for post-petition financing to purchase a new vehicle for an amount of $28,000.00.

2. The Trustee objects to the motion in that a replacement vehicle can be purchased for an amount not to exceed $25,000.00 or $450.00 monthly. Such will afford the Debtor fair and adequate transportation.

3.     Furthermore, according to the Trustee's records, the Debtors are in arrears in the amount of $22,636.72 including April.

4.     The Trustee is in receipt of insurance proceeds from the loss of the debtors' prior vehicle. Those funds total $15,812.77. If the debtors chose to dedicate those funds to the plan, the arrearages would be reduced.

5.     The wage remittance has ceased, but Trustee is under the impression that wife has found replacement employment. Still, only four (4) months remain in the plan term, and debtors' ability to complete the plan is questionable.

6.     Therefore, another secured debt payment appears to be not feasible for the Debtors.

                              RONDA J. WINNECOUR,
                              CHAPTER 13 TRUSTEE


Date:  04/03/17               by     __/s/ Jana S. Pail_____
                              Jana S. Pail - PA I.D. #88910
                              Attorney for Trustee
                              US Steel Tower – Suite 3250
                              600 Grant St.
                              Pittsburgh, PA  15219
                              (412) 471-5566
                              jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Gregory S. Bulsak | : | Case No.12-24255GLT |
| Regina S. Bulsak | : | Chapter 13 |
| Debtor(s) | : | |
| Gregory S. Bulsak | : | |
| Regina S. Bulsak | : | Re Doc.122 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| CitiMortgage Inc, AAS Debt Recovery, | : | |
| AFNI Inc, American InfoSource LP., | : | Hearing Date 4/19/2017 |
| Asset Acceptance LLC, BAC Home | : | |
| Loans Servicing LP, Bank of America NA | : | |
| Cavalry Portfolio Services Chrysler | : | |
| Capital, CitiMortgage Columbia House | : | |
| DVD Club, Credit Management | : | |
| Company, Creditech, Discover Bank | : | |
| Discover, Enhanced Recovery Company, | : | |
| LLC, Exeter Finance Corporation, | : | |
| Insolve Recovery LLC, Jefferson | : | |
| Capital Systems LLC, LVNV Funding, | : | |
| Midland Funding LLC, Northern | : | |
| Resolution Group, Palisades Acquisition | : | |
| IX, LLC, Palisades Collections LLC, | : | |
| Pennsylvania American Water, Peoples | : | |
| Natural Gas Co, LLC, Plains Commerce | : | |
| Bank, PNC Bank, US Department of | : | |
| HUD, Verizon, West Penn Power, | : | |
| And Ronda J. Winnecour, Trustee | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of April 2017, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Gregory and Regina Bulsak
1819 Renee Drive
South Park PA 15219

Matthew Herron, Esquire
1701 Grant Building
Pittsburgh PA 15219

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com