**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/13/17 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Gregory S. Bulsak and
Regina S. Bulsak,
       Debtors.

Gregory S. Bulsak and
Regina S. Bulsak,
       Movants,

     vs.

CitiMortgage, Inc.
AAS Debt Recovery
AFNI, Inc.
American InfoSource, LP
Asset Acceptance, LLC
BAC Home Loans Servicing, LP
Bank of America, NA
Cavalry Portfolio Services
Chrysler Capital
CitiMortgage
Columbia House DVD Club
Credit Management Company
CrediTech
Discover Bank
Discover
Enhanced Recovery Company, LLC
Exeter Finance Corporation
InSolve Recovery, LLC
Jefferson Capital Systems LLC
LVNV Funding
Midland Funding LLC
Northern Resolution Group
Palisades Acquisition IX, LLC
Palisades Collections, LLC
Pennsylvania American Water
Peoples Natural Gas Co. LLC
Plains Commerce Bank
PNC Bank
US Department of HUD
Verizon
West Penn Power
Ronda J. Winnecour, Esq., Trustee,
       Respondents.

Bankruptcy No.: 12-24255-GLT

Chapter 13

Document No.:
Related to Document No.(s): 122 & 134

Response Deadline: April 2, 2017
Hearing Date & Time: April 19, 2017
at 10:00 AM

## CONSENT ORDER OF COURT

**IT IS HEREBY STIPULATED AND AGREED** by and between the Debtors, through Counsel, and the Chapter 13 Trustee, through Counsel, as follows:

**WHEREAS**, the Movants filed a Motion to Obtain Vehicle Financing on March 16, 2017, and the Chapter 13 Trustee filed a response on April 3, 2017;

**WHEREAS**, the Movants have provided a purchase order to the Trustee for the purchase of a 2013 Ford F-150 with a total purchase price of $23,000.00;

**WHEREAS**, the purchase of said vehicle is imperative for the Movants to successfully complete their chapter 13 plan;

**WHEREAS**, the Movants and the Chapter 13 Trustee have resolved said Motion and seek to enter into this Stipulation to resolve said issues.

**NOW THEREFORE**, the Movants, through Counsel, and the Chapter 13 Trustee, through Counsel, stipulate and agree as follows:

1. LOAN: Lender agrees to advance funds to the Debtors/Movants in an amount *not to exceed* $23,000.00. This advance is intended solely for the Debtors/Movants to purchase a used replacement vehicle;

2. INTEREST: Financing will bear interest at an annual percentage rate of *no higher* than 21.00% percent, with the loan amortized over *no longer* than a seventy-two (72) month period; and

3. SECURITY: In order to secure the loan financing the Lender will obtain a security interest in the used vehicle purchased by the Debtors/Movants.

4. The Debtors/Movants shall file a Report of Financing within fourteen (14) days of the closing date of the approved loan.

5. The Debtors/Movants aver that the new payment will not interfere with or obstruct the current funding and distribution under their Chapter 13 plan, and that they will become and remain current with their plan payments.

SO ORDERED:

Dated: __4/13/17__

_____
HON. GREGORY L. TADDONIO
United States Bankruptcy Judge

Stipulated and agreed to by:

Counsel for the Debtors:

/s/ *Matthew M. Herron*
Matthew M. Herron, Esq.
PA ID No.: 88927
The Debt Doctors at QuatriniRafferty
941 Penn Avenue, Suite 101
Pittsburgh, PA 15222
(412) 395-6001
mmh@thedebtdoctors.com

Counsel for the Chapter 13 Trustee:

/s/*Jana S. Pail*
Jana S. Pail, Esq.
PA ID No.: 88910
Attorney for the Chapter13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-24255-GLT
Gregory S. Bulsak                                                       Chapter 13
Regina S. Bulsak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr                Page 1 of 1            Date Rcvd: Apr 13, 2017
                                Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
db/jdb         +Gregory S. Bulsak,    Regina S. Bulsak,    1819 Renee Drive,    South Park, PA 15129-9359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:
              Allison F. Wells    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com,
                fedphe@hotmail.com;amber.zinski@phelanhallinan.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkjllc.com,
                chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Matthew M. Herron    on behalf of Joint Debtor Regina S. Bulsak mmh@thedebtdoctors.com,
                hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Gregory S. Bulsak mmh@thedebtdoctors.com,
                hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
                mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
                hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen J. Hanak    on behalf of Debtor Gregory S. Bulsak sjh@thedebtdoctors.com,
                hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
              Stephen J. Hanak    on behalf of Joint Debtor Regina S. Bulsak sjh@thedebtdoctors.com,
                hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
                                                                                              TOTAL: 11