**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Gregory S. Bulsak
Regina S. Bulsak
    Debtors.

The Debt Doctors at Quatrini Rafferty,
    Movant,
  vs.

No Respondent.

Bankruptcy No.: 12-24255-GLT
Chapter 13

Document No.:

Response Deadline: May 14, 2017
Hearing Date & Time: June 14, 2017 at 10:00 AM

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL**
**FEES IN CHAPTER 13 ON BEHALF OF THE DEBT DOCTORS AT QUATRINI RAFFERTY**

To All Creditors and Parties in Interest:

1. Applicant represents Gregory S. Bulsak and Regina S. Bulsak.

2. This is an *interim* application for the period November 9, 2015 through April 27, 2017

3. Previous retainer paid to Applicant: $525.00

4. Previous interim compensation allowed to Applicant: $3,175.00

5. Dates and amounts of previous compensation awarded:
   November 12, 2015: $2,961.00 in attorney's fees and $61.82 in costs
   June 23, 2014: $2,001.00 in attorney's fees and $37.17 in costs
   June 18, 2013: $2,195.00 in attorney's fees and $18.54 in costs

6. Applicant requests additional:
   Compensation of: $2,652.00
   Reimbursement of Expenses of: $59.89

7. A hearing on the Application will be held on June 14, 2017 at 10:00 AM in Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before the Honorable Judge Taddonio.

8. Any written objections must be filed with the court and served on the Applicant on or before May 14, 2017, (fourteen (14) days from the date of this notice plus an additional 3 days if served by mail). Copies of the application are available from the Applicant.

Dated: April 27, 2017

                                                                              */s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID NO.: 88927
THE DEBT DOCTORS at Quatrini Rafferty
941 Penn Avenue, Suite 101
Pittsburgh, PA 15222
412-395-6001
mh@thedebtdoctors.com