**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |
|---|---|
| | Bankruptcy No.:  12-24255-GLT |
| Gregory S. Bulsak | Chapter 13 |
| Regina S. Bulsak | |
|             Debtors. | Document No.: |
| | |
| The Debt Doctors at Quatrini Rafferty, | Response Deadline: May 14, 2017 |
|             Movant, | Hearing Date & Time: June 14, 2017 at 10:00 AM |
|        vs. | |

No Respondent.

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the within **Summary Cover Sheet and Notice of Hearing on Professional Fees and Application** upon the following parties, by First Class Mail, Postage Prepaid and Electronic Notification:

| | |
|---|---|
| **Ronda J. Winnecour, Trustee** | **U.S. Trustee** |
| 3250 U.S. Steel Tower | 970 Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| cmecf@chapter13trusteewdpa.com | ustpregion03.pi.ecf@usdoj.gov |
| *Via electronic notice* | *Via electronic notice* |

**Gregory S. Bulsak**
**Regina S. Bulsak**
1819 Renee Drive
South Park, PA 15129

And a true and correct copy of the within **Summary Cover Sheet** upon the following parties, by First Class mail, Postage Prepaid:

SEE ATTACHED MAILING MATRIX

Date of Service: April 27, 2017                    /s/  Matthew M. Herron
                                                   Matthew M. Herron, Esquire
                                                   PA ID NO.:  88927
                                                   THE DEBT DOCTORS at Quatrini Rafferty
                                                   941 Penn Avenue
                                                   Pittsburgh, PA 15222
                                                   412-395-6001
                                                   mmh@thedebtdoctors.com

12-24255-GLT|Exeter Finance Corp. Department |c/o Ascension Capital Group|P.O. Box 201347|Arlington, Tx 76006-1347|||
12-24255-GLT|PNC BANK |PO BOX 94982|CLEVELAND, OH 44101-4982||||
12-24255-GLT|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
12-24255-GLT| CitiMortgage, Inc. |P.O. Box 688971|Des Moines, IA|50368-8971| ||
12-24255-GLT|AAS Debt Recovery |P.O. Box 129|Monroeville, PA 15146-0129| |||
12-24255-GLT|AFNI |P.O. Box 3097|Bloomington, IL 61702-3097| |||
12-24255-GLT|Afni, Inc. |PO Box 3667|Bloomington, IL 61702-3667| |||
12-24255-GLT|American InfoSource LP as agent for |Midland Funding LLC|PO Box 268941|Oklahoma City, OK  73126-8941| ||
12-24255-GLT|Asset Acceptance LLC |PO Box 2036|Warren, MI 48090-2036| |||
12-24255-GLT|BAC Home Loans Servicing, LP |450 American Street|Simi Valley, CA 93065-6285| |||
12-24255-GLT|Bank of America, N.A. |P.O. Box 660933|Dallas, TX 75266-0933| |||
12-24255-GLT|Bank of America, NA |Attn: Retail Payment Services|PO Box 660933|Dallas, TX  75266-0933| ||
12-24255-GLT|Cavalry Portfolio Services |500 Summit Lake Drive  Ste 4A|Valhalla, NY 10595-2323| |||
12-24255-GLT|Cavalry Portfolio Services |500 Summit Lake Drive, Ste 400|Valhalla, NY 10595-2322| |||
12-24255-GLT|Chrysler Capital |P.O. Box 961275|Fort Worth, TX 76161-0275| |||
12-24255-GLT|CitiMortgage |PO Box 6243|Sioux Falls, SD 57117-6243| |||
12-24255-GLT|Columbia House DVD Club |PO Box 916400|Rantoul, IL 61866-6400| |||
12-24255-GLT|CrediTech |P.O. Box 99|Bangor, PA 18013-0099| |||
12-24255-GLT|Credit Management Company |2121 Noblestown Road|Pittsburgh, PA 15205-3956| |||
12-24255-GLT|Discover Bank |DB Servicing Corporation|PO Box 3025|New Albany, OH  43054-3025| ||
12-24255-GLT|Discover Bank |Discover Products Inc|PO Box 3025|New Albany, OH  43054-3025| ||
12-24255-GLT|Discover Fin Svcs LLC |P.O. Box 15316|Wilmington, DE 19850-5316| |||
12-24255-GLT|Enhanced Recovery Company, LLC |8014 Bayberry Road|Jacksonville, FL 32256-7412| |||
12-24255-GLT|Exeter Finance |222 Las Colinas Blvd W|Ste 1800|Irving, TX 75039-5438| ||
12-24255-GLT|Exeter Finance Corpation |P.O. Box 167399|Irving, TX 75016-7399| |||
12-24255-GLT|InSolve Recovery, LLC, c/o Capital Recovery |Dept 3203|PO BOX 123203|DALLAS, TX 75312-3203| ||
12-24255-GLT|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred
12-24255-GLT|LVNV Funding |P.O. Box 10497|Greenville, SC 29603-0497| |||
12-24255-GLT|LVNV Funding, LLC its successors and assigns|assignee of NCO Portfolio Management|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
12-24255-GLT|Midland Funding LLC |8875 Aero Drive|Suite 200|San Diego, CA 92123-2255| ||
12-24255-GLT|Northern Resolution Group |PO Box 566|Buffalo, NY 14226-0566| |||
12-24255-GLT|PNC BANK |PO BOX 94982|CLEVELAND, OH 44101-4982| |||duplicate
12-24255-GLT|Palisades Acquisition IX, LLC |Vativ Recovery Solutions LLC, dba SMC|As Agent For Palisades Acquisition IX, L|PO Box 40728|Houston TX 77240-0728| |
12-24255-GLT|Palisades Collections, LLC |Vativ Recovery Solutions LLC, dba SMC|As Agent For Palisades Collections, LLC|PO Box 40728|Houston TX 77240-0728| |
12-24255-GLT|Pennsylvania American Water |P.O. Box 578|Alton IL 62002-0578| |||
12-24255-GLT|Peoples Natural Gas |PO Box 644760|Pittsburgh, PA 15264-4760| |||
12-24255-GLT|Peoples Natural Gas Co LLC |375 North Shore Dr Ste 600|Pittsburgh PA 15212-5866| |||
12-24255-GLT|Plains Commerce Bank |POB 89937|Sioux Falls, SD 57109-6937| |||
12-24255-GLT|U.S. Department of HUD |c/o Novad Management Consulting|Shepherd's Mall|2401 N.W. 23rd Street, Suite 1A|Oklahoma City, OK 73107-2423| |
12-24255-GLT|Verizon |PO Box 15025|Albany, NY 12212-5025| |||
12-24255-GLT|West Penn Power |1310 Fairmont Ave|Fairmont WV 26554-3526| |||