Case 12-24255-GLT    Doc 149    Filed 05/18/17    Entered 05/18/17 12:12:22    Desc Main
                    Document      Page 1 of 1

FILED
5/18/17 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 12-24255-GLT |
| | : | Chapter: | 13 |
| Gregory S. Bulsak | : | | |
| Regina S. Bulsak | : | | |
| | : | Date: | 5/17/2017 |
| *Debtor(s)*. | : | Time: | 10:00 |

## PROCEEDING MEMO

*MATTER:*  #139 - Motion for Relief from Stay filed by Citimortgage, Inc.
            #146 - Response filed by the Debtor

*APPEARANCES:*

   Citimortgage:    Jill Manuel-Coughlin [appearing via CourtCall]

*NOTES:*

*OUTCOME:*

 1. Matter continued to June 14, 2017 at 9:00 am. Parties to submit a proposed order under certification of counsel on or before June 7, 2017. (Text Order to issue).

**DATED:** 5/17/2017