FILED
5/16/17 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Gregory S. Bulsak
Regina S. Bulsak
    Debtors.

The Debt Doctors at Quatrini Rafferty,
    Movant,
    vs.

No Respondent.

Bankruptcy No.: 12-24255-GLT
Chapter 13

Related to Docket No. 147

Response Deadline: May 14, 2017
Hearing Date & Time: June 14, 2017 at 10:00 AM

## ORDER OF COURT

AND NOW, this _16th Day of May_____, 2017, the Application of The Debt Doctors at Quatrini Rafferty as counsel for the Debtors, for Interim Compensation and Reimbursement of Expenses is approved in the ***total*** amount of $2,711.89 for services rendered on behalf of the Debtors for the period between November 9, 2015 through April 27, 2017, which represents $2,652.00 in attorneys' fees and $59.89 in costs, broken down as follows:

1. Previous retainer paid to Applicant: $525.00;
2. Previous interim compensation allowed to Applicant from Debtor: $3,175.00;
3. Previous expenses allowed to Applicant from Debtor: $0.00;
4. Previous compensation awarded to Applicant through first prior Fee Application (Order dated November 12, 2015): $2,961.00;
5. Previous expenses awarded to Applicant through first prior Fee Application (Order dated November 12, 2015): $61.82;
6. Previous compensation awarded to Applicant through second prior Fee Application (Order dated June 23, 2014): $2,001.00;
7. Previous expenses awarded to Applicant through second prior Fee Application (Order dated June 23, 2014): $37.17;
8. Previous compensation awarded to Applicant through third prior Fee Application (Order dated June 18, 2013): $2,195.00;
9. Previous expenses awarded to Applicant through third prior Fee Application (Order dated June 18, 2013): $18.54;
10. **Additional amount added by this Application: $2,652.00;**
11. **Additional Expenses added by this Application: $59.89**

The Clerk shall record the Total Award of Compensation in the Amount of $13,686.42 which includes $13,626.53 in fees and $177.42 in expenses.

**ENTERED BY DEFAULT**

BY THE COURT:

_____ J.
United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gregory S. Bulsak
Regina S. Bulsak
    Debtors

Case No. 12-24255-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: May 16, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.
db/jdb        +Gregory S. Bulsak,    Regina S. Bulsak,    1819 Renee Drive,    South Park, PA 15129-9359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:
        Allison F. Wells    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
         HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com,
         fedphe@hotmail.com;amber.zinski@phelanhallinan.com
        Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
        James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        Matthew M. Herron    on behalf of Joint Debtor Regina S. Bulsak mmh@thedebtdoctors.com,
         hgs@thedebtdoctors.com;alb@thedebtdoctors.com
        Matthew M. Herron    on behalf of Debtor Gregory S. Bulsak mmh@thedebtdoctors.com,
         hgs@thedebtdoctors.com;alb@thedebtdoctors.com
        Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
         mmh@thedebtdoctors.com,    hgs@thedebtdoctors.com;alb@thedebtdoctors.com
        Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
         hgs@thedebtdoctors.com;alb@thedebtdoctors.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Stephen J. Hanak    on behalf of Debtor Gregory S. Bulsak sjh@thedebtdoctors.com,
         hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
        Stephen J. Hanak    on behalf of Joint Debtor Regina S. Bulsak sjh@thedebtdoctors.com,
         hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
                                                                                                        TOTAL: 12