POWERS, KIRN & ASSOCIATES, LLC
By:  Jill Manuel-Coughlin, Esquire
ID# 63252
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant

FILED
6/13/17 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Chapter 13 Proceeding |
|---|---|
| Gregory S. Bulsak, aka Greg Bulsak | |
| Regina S. Bulsak, aka Gina Bulsak | 12-24255 GLT |
| Debtors | |
| CITIMORTGAGE, INC. | Related Dkt. Nos. 139 and 152 |
| Movant | |
| v. | |
| Gregory S. Bulsak, aka Greg Bulsak | |
| Regina S. Bulsak, aka Gina Bulsak | |
| Ronda J. Winnecour, Esquire | |
| Respondents | |

**CONSENT ORDER IN SETTLEMENT OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Jill Manuel-Coughlin, Esquire on behalf of secured creditor, CITIMORTGAGE, INC. ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. This Consent Order pertains to the property located at 1819 Renee Drive, Library, PA 15129, mortgage account ending with 3616.

3. Upon approval by the United States Bankruptcy Court of the within Consent Order, Debtors and Movant, agree to the following:

    (a) Parties acknowledge that the current regular monthly post-petition payment is **$345.74** per month.

    (b) Parties acknowledge that as of June 5, 2017 the following amounts are currently due post-petition:

    | Monthly Payments: 1/1/2017 – 6/1/2017 @ $345.74 | $2,074.44 |
    |---|---|
    | Less Debtor Suspense: | ($305.90) |
    | **Total Post-Petition Arrearage:** | **$1,768.54** |

    (c) Parties acknowledge that as of 6/5/2017, debtors are delinquent in payments to the Chapter 13 Trustee in the amount of **$10,065.87.**

    (d) Within thirty (30) days of the Order approving this Consent Order, debtors shall bring their arrearage to the Chapter 13 Trustee current by filing an Amended Chapter 13 Plan, and shall make all future payments as they come due for the remainder of the term for the Chapter 13 Plan.

(e) Upon debtors curing the arrearage in Plan Payments, the Chapter 13 Trustee shall disburse the remainder of the funds to Movant be applied to the post-petition arrears as shown in paragraph 3 (b) above.

(f) If sufficient proof is provided (front and back copies of checks or money orders) of payments made, but not credited, the account will be adjusted accordingly.

(g) All post-petition payments from the Chapter 13 Trustee to Movant shall be sent to CitiMortgage, Inc., PO Box 9001067, Louisville, KY 40290-1067.

(h) The provisions of the Consent Order do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Consent Order, including fees and costs, due under the terms of the contract and applicable law.

(i) The Debtors shall timely tender all payments and comply with all conditions in accordance with this Consent Order. If such payments or conditions are not timely made, or if the case should convert to a Chapter 7 Bankruptcy, Movant may provide the Debtors and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Movant relief from the automatic stay without further notice and hearing and waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable.

(j) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

**/s/ Matthew M. Herron, Esquire**  
Matthew M. Herron, Esquire  
Attorney for Debtors  
Date: 6/6/2017

**/s/ Jill Manuel-Coughlin, Esquire**  
Jill Manuel-Coughlin, Esquire  
Attorney for Movant  
Date: 6/6/2017

**/s/ Ronda J. Winnecour, Esquire**  
Ronda J. Winnecour, Esquire  
Trustee  
Date: 6/7/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Gregory S. Bulsak, aka Greg Bulsak<br>Regina S. Bulsak, aka Gina Bulsak<br><div align="right">Debtors</div> | Chapter 13 Proceeding<br><br>12-24255 GLT |
| CITIMORTGAGE, INC.<br><div align="right">Movant</div><br>v.<br><br>Gregory S. Bulsak, aka Greg Bulsak<br>Regina S. Bulsak, aka Gina Bulsak<br>Ronda J. Winnecour, Esquire<br><div align="right">Respondents</div> | |

## ORDER APPROVING CONSENT ORDER

AND NOW, this 13th day of June, 2017, the Consent Order Resolving CITIMORTGAGE, INC.'s Motion for Relief from the Automatic Stay is hereby approved by the Court.

_____
United States Bankruptcy Judge
Gregory L. Taddonio

Dated: 6/13/17

cm: Jill Manuel-Coughlin, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 12-24255-GLT
Gregory S. Bulsak                                                                               Chapter 13
Regina S. Bulsak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Jun 13, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.
db/jdb         +Gregory S. Bulsak,    Regina S. Bulsak,    1819 Renee Drive,    South Park, PA 15129-9359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:
              Allison F. Wells    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com,
               fedphe@hotmail.com;amber.zinski@phelanhallinan.com
              Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Matthew M. Herron    on behalf of Joint Debtor Regina S. Bulsak mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Debtor Gregory S. Bulsak mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
               mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen J. Hanak    on behalf of Debtor Gregory S. Bulsak sjh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
              Stephen J. Hanak    on behalf of Joint Debtor Regina S. Bulsak sjh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
                                                                                              TOTAL: 12