# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** GREGORY S. & REGINA S. BULSAK
**Case Number:** 12-24255-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 22, 2017  09:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#124 - Trustee's Certificate of Default to Dismiss
# 145 - Affidavit with proof of payment
R / M #:  124 / 0

### *Appearances:*

Debtor: *Buchanan*
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to  9-7-17  at  11:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*RECEIVED 2017 JUN 22 P 1:51 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

6/16/2017  11:09:55 AM