# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GREGORY S. BULSAK                                     Case No. 12-24255GLT
REGINA S. BULSAK

          Debtor(s)
RONDA J. WINNECOUR,                                   Chapter 13
Standing Chapter 13 Trustee,

          Movant                                   Document No __
    vs.
AFNI INC**++

          Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR'S MAILING ADDRESS AS PROVIDED BY CREDITOR ON THEIR PROOF OF CLAIM IS DEFUNCT ACCORDING TO THE POSTAL SERVICE. NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

AFNI INC**++                                          Court claim# 22/Trustee CID# 5
404 BROCK DR
POB 3667
BLOOMINGTON, IL 61702-3667

The Movant further certifies that on 07/25/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                        /s/ Ronda J. Winnecour
                                        RONDA J WINNECOUR PA ID #30399
                                        CHAPTER 13 TRUSTEE WD PA
                                        600 GRANT STREET
cc: debtor(s)                                         SUITE 3250 US STEEL TWR
    original creditor                             PITTSBURGH, PA  15219
    putative creditor                             (412) 471-5566
    counsel for debtor(s)                         cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| GREGORY S. BULSAK, REGINA S. BULSAK, 1819 RENEE DRIVE, SOUTH PARK, PA  15129 | MATTHEW M HERRON ESQ**, THE DEBT DOCTORS LLC**, 941 PENN AVENUE STE 101, PITTSBURGH, PA 15222 |
| : AFNI++, POB 47248, OAK PARK, MI 48237 | ORIGINAL CREDITOR: AFNI INC**++, 404 BROCK DR, POB 3667, BLOOMINGTON, IL 61702-3667 |
| NEW CREDITOR: | |