**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/26/2017

IN RE:

GREGORY S. BULSAK
REGINA S. BULSAK
1819 RENEE DRIVE
SOUTH PARK, PA 15129
XXX-XX-2728          Debtor(s)

XXX-XX-7908

Case No. 12-24255 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/26/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account |
|---|---|---|
| **BANK OF AMERICA\*\***<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:21-2<br>CLAIM: 0.00<br>COMMENT: BGN 9/12\*PMT/DECL\*DKT4PMT-LMT\*1ST\*AMD\*DK | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2268 |
| **CITIMORTGAGE(\*)**<br>POB 688971<br>DES MOINES, IA 50368-8971 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:27-2<br>CLAIM: 0.00<br>COMMENT: BGN 9/12\*PMT/CL-PL\*2ND\*345.74x(60+2)=LMT\*FLD AFT BAR\*AMD\*DKT!!! | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3616 |
| **EXETER FINANCE CORP**<br>PO BOX 167399<br>IRVING, TX 75016 | Trustee Claim Number:3  INT %: 18.00%<br>Court Claim Number:7<br>CLAIM: 19,281.55<br>COMMENT: $+ %/CL-PL@PMT/CNF\*PL NT K | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2234 |
| **AAS DEBT RECOVERY INC/AMERICAN ADJUSTM**<br>POB 129\*<br>MONROEVILLE, PA 15146 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FAST LOANS~DOLLAR SMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 538 |
| **AFNI INC\*\*++**<br>404 BROCK DR<br>POB 3667<br>BLOOMINGTON, IL 61702-3667 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 356.65<br>COMMENT: 3642/SCH\*VERIZON\*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1809 |
| **AFNI++**<br>POB 47248<br>OAK PARK, MI 48237 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH~VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3623 |
| **CAVALRY PORTFOLIO SERVICES LLC - ASSIGN**<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 8,990.36<br>COMMENT: 1358/SCH~CITIFINANCIAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3054 |
| **COLUMBIA HOUSE++**<br>1400 NORTH FRUITRIDGE AVENUE<br>P.O. BOX 1114<br>TERRE HAUTE, IN 47811 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH~DVD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UPMC TUITION/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6423 |
| **CREDITECH**<br>POB 99\*<br>BANGOR, PA 18013 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AGNELLO SPINE SPORTS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9381 |

| Creditor | Claim Info | Description |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 2-3<br>CLAIM: 6,002.67<br>COMMENT: 7752/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9925 |
| **ENHANCED RECOVERY CORP++**<br>10550 DEERFIELD PARK STE 600<br>JACKSONVILLE, FL 32256 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT SDR/SCH~DISH NETWORK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4082 |
| **INSOLVE RECOVERY LLC**<br>C/O CAPITAL RECOVERY GROUP LLC<br>DEPT 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 730.69<br>COMMENT: 0961/SCH*HSBC ORCHARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3247 |
| **INSOLVE RECOVERY LLC**<br>C/O CAPITAL RECOVERY GROUP LLC<br>DEPT 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 471.30<br>COMMENT: 1094/SCH*TOTAL CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8435 |
| **INSOLVE RECOVERY LLC**<br>C/O CAPITAL RECOVERY GROUP LLC<br>DEPT 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 738.95<br>COMMENT: 6503/SCH*FIRST PREMIER | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0459 |
| **INSOLVE RECOVERY LLC**<br>C/O CAPITAL RECOVERY GROUP LLC<br>DEPT 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 780.31<br>COMMENT: 1839/SCH*HSBC ORCHARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1814 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 888.00<br>COMMENT: 2181/SCH~JEFFERSON CAP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3606 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 633.10<br>COMMENT: 3948/SCH~VERIZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3774 |
| **NORTHERN RESOLUTION GROUP**<br>ATTN: BANKRUPTCY DEPT<br>POB 566<br>BUFFALO, NY 14226 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIRST BANK OF DE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1865 |
| **PENNSYLVANIA-AMERICAN WTR CO***<br>300 GALLEY RD*<br>MCMURRAY, PA 15317 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,317.68<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0008 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN: BANKRUPTCY DEPARTMENT <br> 225 NORTH SHORE DRIVE STE 300 <br> PITTSBURGH, PA 15212 | Trustee Claim Number:21 INT %: 0.00% <br> Court Claim Number:25 <br> CLAIM: 4,568.22 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9617 |
| **PLAINS COMMERCE BANK*** <br> POB 90340 <br> SIOUX FALLS, SD 57109 | Trustee Claim Number:22 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1094 |
| **VERIZON(*)++** <br> 404 BROCK DR <br> BLOOMINGTON, IL 61701 | Trustee Claim Number:23 INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5070 |
| **WEST PENN POWER**** <br> 1310 FAIRMONT AVE <br> FAIRMONT, WV 26554 | Trustee Claim Number:24 INT %: 0.00% <br> Court Claim Number:23 <br> CLAIM: 974.63 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5328 |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number:25 INT %: 0.00% <br> Court Claim Number:3 <br> CLAIM: 0.00 <br> COMMENT: PD BY EXTER/CONF*NT PROV/PL*NT/SCH*11.35%/FACE*CL=6980.45 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1544 |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number:26 INT %: 0.00% <br> Court Claim Number:4 <br> CLAIM: 0.00 <br> COMMENT: CL @ 12125.93 W/DRAWN*DOC 8~MISFILING | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1880 |
| **PALISADES ACQUISITION/PALISADES CLLCTNS** <br> C/O VATIV RCVRY SOLUTIONS LLC*/PALISADES <br> POB 40728 <br> HOUSTON, TX 77240 | Trustee Claim Number:27 INT %: 0.00% <br> Court Claim Number:8 <br> CLAIM: 35.60 <br> COMMENT: NUM NT/SCH*VERIZON | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7315 |
| **BANK OF AMERICA**** <br> RETAIL PAYMENT SERVICES <br> PO BOX 660933 <br> DALLAS, TX 75266-0933 | Trustee Claim Number:28 INT %: 0.00% <br> Court Claim Number:21-2 <br> CLAIM: 8,800.25 <br> COMMENT: THRU 8/12*CL21-2 ARRS GOV*$CL-PL*1ST*AMD*DK | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 2268 |
| **CITIMORTGAGE(*)** <br> POB 688971 <br> DES MOINES, IA 50368-8971 | Trustee Claim Number:29 INT %: 0.00% <br> Court Claim Number:27-2 <br> CLAIM: 4,012.84 <br> COMMENT: THRU 8/12*$CL-PL*2ND*FLD AFT BAR*AMD | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 3616 |
| **US DEPARTMENT OF HUD(*)++** <br> C/O DEVAL LLC** <br> 1255 CORPORATE DR - STE 300 <br> IRVING, TX 75038 | Trustee Claim Number:30 INT %: 0.00% <br> Court Claim Number:26 <br> CLAIM: 0.00 <br> COMMENT: DONT PAY/CONF*5098.80/CL~NT DUE YET*NT/SCH-PL*DKT! | CRED DESC: MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 8996 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3165 | CLAIM: 383.83 <br> COMMENT: NT/SCH*CITZNS BNK/RJM |
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: 10 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0556 | CLAIM: 675.47 <br> COMMENT: NT/SCH*ASPEN CRD/MIDLAND CREDIT |
| **ASSET ACCEPTANCE LLC ASSIGNEE CHASE BA** <br> PO BOX 2036 <br> WARREN, MI 48090 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5932 | CLAIM: 8,414.26 <br> COMMENT: NT/SCH*HERITAGE FIRST |
| **PALISADES ACQUISITION/PALISADES CLLCTNS** <br> C/O VATIV RCVRY SOLUTIONS LLC*/PALISADES <br> POB 40728 <br> HOUSTON, TX 77240 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: 13 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2670 | CLAIM: 830.62 <br> COMMENT: NT/SCH*ATT WRLS |
| **INSOLVE RECOVERY LLC** <br> C/O CAPITAL RECOVERY GROUP LLC <br> DEPT 3203 <br> PO BOX 123203 <br> DALLAS, TX 75312-3203 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: 14 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7727 | CLAIM: 268.56 <br> COMMENT: NT/SCH*MCI |
| **INSOLVE RECOVERY LLC** <br> C/O CAPITAL RECOVERY GROUP LLC <br> DEPT 3203 <br> PO BOX 123203 <br> DALLAS, TX 75312-3203 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: 15 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3030 | CLAIM: 865.23 <br> COMMENT: NT/SCH*GE CPTL JCP |
| **INSOLVE RECOVERY LLC** <br> C/O CAPITAL RECOVERY GROUP LLC <br> DEPT 3203 <br> PO BOX 123203 <br> DALLAS, TX 75312-3203 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: 16 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1315 | CLAIM: 1,832.47 <br> COMMENT: NT/SCH*CITI SEARS |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: 24 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0781 | CLAIM: 532.83 <br> COMMENT: NT/SCH*CAP 1/NCO PORTFOLIO MGMNT |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** <br> PO BOX 961278 <br> FT WORTH, TX 76161 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: 28 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 7303*BG 06/14 | CLAIM: 13,527.84 <br> COMMENT: PMT/CL-PL*470.20x38+2=LMT*BAL @40  2B PD FROM INS PCDS |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** <br> PO BOX 961278 <br> FT WORTH, TX 76161 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: 28 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 7303 | CLAIM: 10,788.14 <br> COMMENT: BAL REM 2B PD FROM INS PCDS*W39*DK |

CLAIM RECORDS

| | | |
|---|---|---|
| **GREGORY S BULSAK AND REGINA S BULSAK**  Trustee Claim Number: 41  INT %: 0.00% | | CRED DESC: PRIORITY CREDITOR |
| 1819 RENEE DRIVE | Court Claim Number: | ACCOUNT NO.: 12-24255-GLT |
| | CLAIM: 3,000.00 | |
| SOUTH PARK, PA 15129 | COMMENT: DTR REFUND FOR DOWNPMT ON REPLACEMENT VEHICLE*DK | |