# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

- **Debtor:** GREGORY S. & REGINA S. BULSAK
- **Case Number:** 12-24255-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 07, 2017 11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#124 - Continued Trustee's Certificate of Default to Dismiss
R / M #: 124 / 0

*Appearances:*

Debtor: Hixson  w/ debtor
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

RECEIVED 2017 SEP -7 P 2:59 CLERK BANKRUPTCY COURT PITTSBURGH

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ 9:00 _____, effective _____.
7. __X__ Plan/Motion continued to 12/21/17 at 9:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

By agreement of the parties, the Trustee will terminate the wage order so that Debtor can resume long term debts beginning 10/17. Debtor given payment envelopes.

8/31/2017    2:13:55PM