# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | GREGORY S. & REGINA S. BULSAK |
| **Case Number:** | 12-24255-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 21, 2017 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/27/17 4:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#124 - Continued Trustee's Certificate of Default to Dismiss
R / M #:  124 / 0

*Appearances:*

Buchanan

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

*Proceedings:*

Outcome:

Counsel / debtor have no defense
Trustee consents

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: Order recommended dismissing case

Needs $17K to complete

12/14/201'  8:02:48AM