Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gregory S. Bulsak** | : | Case No. 12−24255−GLT |
| aka Greg Bulsak | : | Chapter: 13 |
| **Regina S. Bulsak** | : | |
| aka Gina Bulsak | : | |
| *Debtor(s)* | : | |
| | : | Related to Dkt. No. 162 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 28th of December, 2017,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-24255-GLT
Gregory S. Bulsak                                                       Chapter 13
Regina S. Bulsak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2            Date Rcvd: Dec 28, 2017
                              Form ID: 309          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
```
db            +Gregory S. Bulsak,    1819 Renee Drive,    South Park, PA 15129-9359
jdb           +Regina S. Bulsak,    1819 Renee Drive,    South Park, PA 15129-9359
aty           +The Debt Doctors at Quatrini Rafferty,     941 Penn Avenue,    Suite 101,
                Pittsburgh, PA 15222-3843
13471046      +AAS Debt Recovery,    P.O. Box 129,    Monroeville, PA 15146-0129
13510585       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13715659       Bank of America, NA,    Attn: Retail Payment Services,    PO Box 660933,   Dallas, TX   75266-0933
13471050      +CitiMortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
13706204       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,   50368-8971
13471051      +Columbia House DVD Club,    PO Box 916400,    Rantoul, IL 61866-6400
13471053       CrediTech,    P.O. Box 99,    Bangor, PA 18013-0099
13471221      +Exeter Finance Corpation,     P.O. Box 167399,    Irving, TX 75016-7399
13471059      +Northern Resolution Group,    PO Box 566,    Buffalo, NY 14226-0566
13466617      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13471061       Peoples Natural Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
13454772      +Peoples Natural Gas Co LLC,     375 North Shore Dr Ste 600,    Pittsburgh PA 15212-5866
13539628      +U.S. Department of HUD,     c/o Novad Management Consulting,    Shepherd’s Mall,
                2401 N.W. 23rd Street, Suite 1A,     Oklahoma City, OK 73107-2423
13471063      +Verizon,    PO Box 15025,    Albany, NY 12212-5025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: BANKAMER.COM Dec 29 2017 00:43:00      BANK OF AMERICA, N.A.,    2380 Performance Dr,
                Richardson 75082-4333
cr            +EDI: AISACG.COM Dec 29 2017 00:43:00      Exeter Finance Corp. Department,
                c/o Ascension Capital Group,    P.O. Box 201347,   Arlington, Tx 76006-1347
13471047      +EDI: AFNIRECOVERY.COM Dec 29 2017 00:43:00      AFNI,    P.O. Box 3097,
                Bloomington, IL 61702-3097
13517380      +EDI: AFNIRECOVERY.COM Dec 29 2017 00:43:00      Afni, Inc.,    PO Box 3667,
                Bloomington, IL 61702-3667
13471066       EDI: AIS.COM Dec 29 2017 00:43:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK   73126-8941
13502402      +EDI: ACCE.COM Dec 29 2017 00:43:00      Asset Acceptance LLC,    PO Box 2036,
                Warren, MI 48090-2036
13471048       EDI: BANKAMER.COM Dec 29 2017 00:43:00      BAC Home Loans Servicing, LP,    450 American Street,
                Simi Valley, CA 93065-6285
13471049      +E-mail/Text: bankruptcy@cavps.com Dec 29 2017 00:45:50      Cavalry Portfolio Services,
                500 Summit Lake Drive Ste 4A,    Valhalla, NY 10595-2323
13456189      +E-mail/Text: bankruptcy@cavps.com Dec 29 2017 00:45:50      Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13892931      +EDI: CHRM.COM Dec 29 2017 00:43:00      Chrysler Capital,    P.O. Box 961275,
                Fort Worth, TX 76161-0275
13471052      +E-mail/Text: kcarter@creditmanagementcompany.com Dec 29 2017 00:45:55
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13990170       EDI: DISCOVER.COM Dec 29 2017 00:43:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,   New Albany, OH   43054-3025
13463219       EDI: DISCOVER.COM Dec 29 2017 00:43:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,   New Albany, OH   43054-3025
13471054       EDI: DISCOVER.COM Dec 29 2017 00:43:00      Discover Fin Svcs LLC,    P.O. Box 15316,
                Wilmington, DE 19850-5316
13471055       E-mail/Text: bknotice@erccollections.com Dec 29 2017 00:45:42
                Enhanced Recovery Company, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13471056      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 29 2017 00:52:24       Exeter Finance,
                222 Las Colinas Blvd W,    Ste 1800,   Irving, TX 75039-5438
13508285       E-mail/Text: bknotice@crgofusa.com Dec 29 2017 00:45:57
                InSolve Recovery, LLC, c/o Capital Recovery Group,,     Dept 3203,   PO BOX 123203,
                DALLAS, TX 75312-3203
13490150       EDI: JEFFERSONCAP.COM Dec 29 2017 00:43:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-9617
13471057      +EDI: RESURGENT.COM Dec 29 2017 00:43:00      LVNV Funding,    P.O. Box 10497,
                Greenville, SC 29603-0497
13533974       EDI: RESURGENT.COM Dec 29 2017 00:43:00      LVNV Funding, LLC its successors and assigns as,
                assignee of NCO Portfolio Management,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13471058      +EDI: MID8.COM Dec 29 2017 00:43:00      Midland Funding LLC,    8875 Aero Drive,   Suite 200,
                San Diego, CA 92123-2255
13476314       E-mail/Text: ebn@vativrecovery.com Dec 29 2017 00:45:12       Palisades Acquisition IX, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                PO Box 40728,   Houston TX 77240-0728
13506526       E-mail/Text: ebn@vativrecovery.com Dec 29 2017 00:45:12       Palisades Collections, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
                PO Box 40728,   Houston TX 77240-0728
13471060      +E-mail/Text: csc.bankruptcy@amwater.com Dec 29 2017 00:46:12       Pennsylvania American Water,
                P.O. Box 578,   Alton IL 62002-0578
```

```
District/off: 0315-2           User: jhel                   Page 2 of 2                   Date Rcvd: Dec 28, 2017
                               Form ID: 309                 Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13471062        +EDI: TCISOLUTIONS.COM Dec 29 2017 00:43:00      Plains Commerce Bank,   POB 89937,
                 Sioux Falls, SD 57109-6937
13471064        +E-mail/Text: bankruptcy@firstenergycorp.com Dec 29 2017 00:45:40      West Penn Power,
                 1310 Fairmont Ave,   Fairmont WV 26554-3526
                                                                                             TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO B
cr              CITIMORTGAGE, INC.
cr*            +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13490151*     ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
aty           ##+The Debt Doctors, LLC,   310 Grant Street,   Suite 1701,   Pittsburgh, PA 15219-2239
                                                                                 TOTALS: 3, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:
```
          Allison F. Wells    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC
           HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP pawb@fedphe.com,
            fedphe@hotmail.com;amber.zinski@phelanhallinan.com
          Harry B. Reese    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
            chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;jill@pkallc.com
          James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Jill Manuel-Coughlin     on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
            chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Matthew M. Herron    on behalf of Debtor Gregory S. Bulsak mmh@thedebtdoctors.com,
            hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Attorney    The Debt Doctors at Quatrini Rafferty
            mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,
            hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Joint Debtor Regina S. Bulsak mmh@thedebtdoctors.com,
            hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stephen J. Hanak    on behalf of Joint Debtor Regina S. Bulsak sjh@thedebtdoctors.com,
            hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
          Stephen J. Hanak    on behalf of Debtor Gregory S. Bulsak sjh@thedebtdoctors.com,
            hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com
                                                                                             TOTAL: 12
```