**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

GREGORY S. BULSAK
REGINA S. BULSAK
      Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:12-24255 GLT

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

---

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 08/27/2012  and confirmed on 11/08/2012 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 151,561.22 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 151,561.22 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 10,322.35 | |
|    Trustee Fee | 5,603.96 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,926.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF AMERICA** | 0.00 | 57,380.43 | 0.00 | 57,380.43 |
|   Acct: 2268 | | | | |
| CITIMORTGAGE(*) | 0.00 | 20,986.18 | 0.00 | 20,986.18 |
|   Acct: 3616 | | | | |
| US DEPARTMENT OF HUD(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8996 | | | | |
| BANK OF AMERICA** | 8,800.25 | 0.00 | 0.00 | 0.00 |
|   Acct: 2268 | | | | |
| CITIMORTGAGE(*) | 4,012.84 | 0.00 | 0.00 | 0.00 |
|   Acct: 3616 | | | | |
| EXETER FINANCE CORP | 19,281.55 | 19,281.55 | 10,670.77 | 29,952.32 |
|   Acct: 2234 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1544 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1880 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 13,527.84 | 13,527.84 | 0.00 | 13,527.84 |
|   Acct: XXXXXXXX6/14 | | | | |

| 12-24255 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | | 10,788.14 | 10,788.14 | 0.00 | 10,788.14 |
| Acct: 7303 | | | | | |
| | | | | | 132,634.91 |
| **Priority** | | | | | |
| MATTHEW M HERRON ESQ** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| GREGORY S. BULSAK | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| MATTHEW M HERRON ESQ** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| THE DEBT DOCTORS LLC** | | 3,175.00 | 3,175.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| MATTHEW M HERRON ESQ** | | 2,213.54 | 2,213.54 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-13 | | | | | |
| THE DEBT DOCTORS LLC** | | 2,038.17 | 2,038.17 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-14 | | | | | |
| THE DEBT DOCTORS AT QUATRINI RAFFEI | | 3,022.82 | 2,895.64 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-15 | | | | | |
| THE DEBT DOCTORS AT QUATRINI RAFFEI | | 2,711.89 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-17 | | | | | |
| GREGORY S BULSAK AND REGINA S BULS | | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 |
| Acct: XXXXXXXX-GLT | | | | | |
| | | | | | 3,000.00 |
| **Unsecured** | | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD. | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 538 | | | | | |
| AFNI INC**++ | | 356.65 | 0.00 | 0.00 | 0.00 |
| Acct: 1809 | | | | | |
| AFNI++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3623 | | | | | |
| CAVALRY PORTFOLIO SERVICES LLC - AS | | 8,990.36 | 0.00 | 0.00 | 0.00 |
| Acct: 3054 | | | | | |
| COLUMBIA HOUSE++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | | |
| CREDIT MANAGEMENT CO | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6423 | | | | | |
| CREDITECH | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9381 | | | | | |
| DISCOVER BANK(*) | | 6,002.67 | 0.00 | 0.00 | 0.00 |
| Acct: 9925 | | | | | |
| ENHANCED RECOVERY CORP++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4082 | | | | | |
| INSOLVE RECOVERY LLC | | 730.69 | 0.00 | 0.00 | 0.00 |
| Acct: 3247 | | | | | |
| INSOLVE RECOVERY LLC | | 471.30 | 0.00 | 0.00 | 0.00 |
| Acct: 8435 | | | | | |
| INSOLVE RECOVERY LLC | | 738.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0459 | | | | | |
| INSOLVE RECOVERY LLC | | 780.31 | 0.00 | 0.00 | 0.00 |
| Acct: 1814 | | | | | |
| AMERICAN INFOSOURCE LP O/B/O MIDLAI | | 888.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3606 | | | | | |
| AMERICAN INFOSOURCE LP O/B/O MIDLAI | | 633.10 | 0.00 | 0.00 | 0.00 |
| Acct: 3774 | | | | | |
| NORTHERN RESOLUTION GROUP | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1865 | | | | | |
| PENNSYLVANIA-AMERICAN WTR CO* | | 2,317.68 | 0.00 | 0.00 | 0.00 |

| 12-24255 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| | | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Acct: 0008 | PEOPLES NATURAL GAS CO LLC* | 4,568.22 | 0.00 | 0.00 | 0.00 |
| Acct: 9617 | PLAINS COMMERCE BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1094 | VERIZON(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5070 | WEST PENN POWER** | 974.63 | 0.00 | 0.00 | 0.00 |
| Acct: 5328 | PALISADES ACQUISITION/PALISADES CLL | 35.60 | 0.00 | 0.00 | 0.00 |
| Acct: 7315 | JEFFERSON CAPITAL SYSTEMS LLC* | 383.83 | 0.00 | 0.00 | 0.00 |
| Acct: 3165 | JEFFERSON CAPITAL SYSTEMS LLC* | 675.47 | 0.00 | 0.00 | 0.00 |
| Acct: 0556 | ASSET ACCEPTANCE LLC ASSIGNEE CHA | 8,414.26 | 0.00 | 0.00 | 0.00 |
| Acct: 5932 | PALISADES ACQUISITION/PALISADES CLL | 830.62 | 0.00 | 0.00 | 0.00 |
| Acct: 2670 | INSOLVE RECOVERY LLC | 268.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7727 | INSOLVE RECOVERY LLC | 865.23 | 0.00 | 0.00 | 0.00 |
| Acct: 3030 | INSOLVE RECOVERY LLC | 1,832.47 | 0.00 | 0.00 | 0.00 |
| Acct: 1315 | LVNV FUNDING LLC, ASSIGNEE | 532.83 | 0.00 | 0.00 | 0.00 |
| Acct: 0781 | | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                         135,634.91

TOTAL CLAIMED
PRIORITY           3,000.00
SECURED          56,410.62
UNSECURED        41.291.43

Date: 02/16/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com